UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KINGMAN PARK CIVIC ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VINCENT C. GRAY, In His Capacity as )<br>Mayor of the District of Columbia )<br>)<br>Defendant. )<br>) | Civil Action No. 13-990 (CKK) |

**DEFENDANT MAYOR VINCENT C. GRAY'S MOTION TO STRIKE
EVIDENCE AND ARGUMENTS NEWLY RAISED IN PLAINTIFF'S REPLY
OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY**

Defendant Mayor Vincent C. Gray (the "District"),[1] by and through his undersigned counsel, moves the Court to strike portions of Plaintiff's reply brief (the "Reply") in support of its Amended Motion for Temporary Retaining Order, for Preliminary Injunction and for Waiver of Bond, or, in the alternative, for leave to file a sur-reply. Despite having already had the opportunity to amend its complaint and motions papers, Plaintiff seeks to introduce for the first time in its Reply factual evidence and legal arguments that were not included in either its initial or amended motion papers. *See* Reply, at 3-4; 10-12; Exs. 1, 4-5.

As these documents and arguments were not included in Plaintiff's initial or amended motion papers, the District respectfully requests that the Court strike Exhibits 1, 4 and 5 and Plaintiff's corresponding legal arguments on pages 3-4 and 10-12 of the Reply. In the

---

[1] Mayor Gray is sued in his official capacity only. It is well-settled that a suit against a government official in his or her official capacity is, in actuality, a suit against the employing government. *Walker v. Washington,* 627 F.2d 541, 544 (D.C. Cir. 1980).

1

alternative, the District requests leave to file a sur-reply in order to address these newly-raised issues.

A memorandum of points and authorities, proposed alternative orders, and a copy of the District's proposed Sur-reply are attached hereto for the Court's consideration. Pursuant to LCvR 7(m), counsel for the District attempted to obtain Plaintiff's consent for the relief requested herein, but has not yet received a response from Plaintiff's counsel. The Court should therefore treat the District's alternative motions as contested.

Dated: July 23, 2013                                       Respectfully submitted,

                                                  IRVIN B. NATHAN
Attorney General
for the District of Columbia

ELLEN EFROS
Deputy Attorney General
Public Interest Division

/s/ Grace Graham
 GRACE GRAHAM, D.C. Bar No. 472878
Chief, Equity Section
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
Telephone: (202) 442-9784
Facsimile: (202) 741-8892
Email: grace.graham@dc.gov

/s/  Chad A. Naso
CHAD A. NASO [1001694]
Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-7854 (o)
(202) 741-8951 (f)
chad.naso@dc.gov

/s/ Alicia Cullen
ALICIA M. CULLEN[2]
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 442-5868 (o)
(202) 715-7721 (f)
alicia.cullen@dc.gov

*Counsel for Defendant*
*Vincent C. Gray,*
*Mayor of the District of Columbia*

---

[2] District of Columbia Bar application pending.  Member of State Bar of Kentucky in good standing.  Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rule 83.2(f).

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KINGMAN PARK CIVIC ASSOCIATION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**VINCENT C. GRAY, In His Capacity as** )<br>**Mayor of the District of Columbia** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 13-990 (CKK) |

## ORDER

Upon consideration of Defendant Mayor Vincent C. Gray's Motion to Strike Evidence and Arguments Newly Raised in Plaintiff's Reply, the Points and Authorities in support thereof, any response thereto, and the entire record, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that Exhibits 1, 4, and 5 and the corresponding legal arguments on pages 3-4 and 10-12 of Plaintiff's Reply are hereby stricken from the record.


Dated: _____                    _____
                                            HON. COLLEEN KOLLAR-KOTELLY
                                            U.S. DISTRICT JUDGE

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KINGMAN PARK CIVIC ASSOCIATION,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**VINCENT C. GRAY, In His Capacity as** )<br>**Mayor of the District of Columbia** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 13-990 (CKK) |

## ORDER

Upon consideration of Defendant Mayor Vincent C. Gray's Motion for Leave to File a Sur-reply, the Points and Authorities in support thereof, any response thereto, and the entire record, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the District's Sur-Reply, which is attached to the District's Motion, is accepted for filing**.**

Dated: _____                    _____
                                          HON. COLLEEN KOLLAR-KOTELLY
                                          U.S. DISTRICT JUDGE