UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KINGMAN PARK CIVIC ASSOCIATION,<br><br>  Plaintiff,<br><br>     v.<br><br>VINCENT C. GRAY,<br><br>  Defendant. | Civil Action No. 13-990 (CKK) |

ORDER
(July 23, 2013)

Presently before the Court is the Defendant's [11] Motion to Strike Evidence and Arguments Newly Raised in Plaintiff's Reply, or, in the Alternative, for Leave to File a Sur-Reply. Although many of the arguments raised by the Plaintiff in its reply are new and should have been raised in the Plaintiff's motion for a temporary restraining order, the interests of justice are best served in this case by resolving the Plaintiff's motion with the benefit of full briefing on each of the issues raised by the parties, rather than rejecting certain arguments on procedural grounds. Therefore, the Court shall grant the Defendant leave to file the proposed sur-reply rather than strike portions of the Plaintiff's reply brief.

The Defendant's proposed sur-reply addresses the new arguments raised by the Plaintiff with respect to standing and potential injury. The Court would also benefit from a response by the Defendant as to the proper framework for evaluating the Plaintiff's equal protection claims. *See* Pl.'s Reply at 12-17. Accordingly, it is, this 23rd day of July, 2013, hereby

**ORDERED** that the Defendant's [11] Motion to Strike Evidence and Arguments Newly Raised in Plaintiff's Reply, or, in the Alternative, for Leave to File a Sur-Reply is GRANTED IN

PART and DENIED IN PART.  The Defendant's motion to strike is DENIED.  The Defendant's motion for leave to file a sur-reply is GRANTED.

IT IS **FURTHER ORDERED** that by no later than **10:00 AM on July 25, 2013**, the Defendant shall file a supplement to his sur-reply addressing the legal framework for the Plaintiff's equal protection claims.

**SO ORDERED.**

      /s/
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE